Dismissed and Memorandum Opinion filed September 11, 2003









Dismissed and Memorandum Opinion filed September 11,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00722-CR

____________

 

ALTON WAYNE AUSTIN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District Court

Harris County, Texas

Trial Court Cause No. 867,395

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the State=s motion to adjudicate guilt of the
offense of aggravated sexual assault of a child.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant to ten
years= confinement in the Texas Department
of Criminal Justice B Institutional Division. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed September 11, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.

Do Not Publish C Tex. R. App. P. 47.2(b).